# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Efrain Vargas Valverde,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
David Easterwood, and Daren Margolin,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00898-DWF-EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.
2. The Court **DECLARES** that Petitioner's current detention is unlawful under the Constitution and laws of the United States.
3. Respondents are **ORDERED** to release Petitioner from custody immediately.
4. Within three (3) days of the date of this Order, the Government shall provide the Court with a status update confirming Petitioner's release.
5. Respondents are directed to release Petitioner: (1) in Minnesota; (2) with all personal documents and belongings, such as his driver's license, work permit, passport, other immigration documents, and cell phone; (3) without conditions such as ankle monitors or tracking devices; and (4) with all clothing and outerwear he was wearing at the time of detention, or other proper winter attire. In addition, Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner.
6. Respondents are **ENJOINED** from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.
7. Within thirty (30) days of final judgment in this action, Petitioner may move to recover attorneys' fees and costs.

Date: 2/3/2026

KATE M. FOGARTY, CLERK